UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2449(DSD/JMM)

American Alpine Mortgage,

Plaintiff,

v.

**ORDER OF REFERENCE**

James J. Ostrowski,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss which may be filed in this matter. Any such motions shall be noticed for hearing before Magistrate Judge John M. Mason.

Dated: November 21, 2000

David S. Doty, Judge
United States District Court

NOV 2 2000
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______